UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.

SANDRA W. FILLICHIO,

    Plaintiff,

v.

BRACHFELD LAW GROUP, P.C.,

    Defendant.
_____/

# COMPLAINT
# JURY DEMAND

    1.    Plaintiff alleges violation of the Fair Debt Collection Practices Act, 15 U.S.C. §1692 *et seq*. ("FDCPA") and the Florida Consumer Collection Practices Act, Fla. Stat. §559.55 *et seq*. ("FCCPA").

## JURISDICTION AND VENUE

    2.    This Court has jurisdiction under 28 U.S.C. §§1331, 1337, 1367 and 15 U.S.C. §1692k. Venue in this District is proper because Plaintiff resides here and Defendant placed telephone calls into this District.

## PARTIES

    3.    Plaintiff, SANDRA W. FILLICHIO, is a natural person, and citizen of the State of Florida, residing in Broward County, Florida.

4. Defendant, BRACHFELD LAW GROUP, P.C., is a professional corporation and citizen of the State of California with its principal place of business at Suite 120, 20300 S. Vermont Ave, Torrance, California 90502.

5. Defendant regularly uses the mail and telephone in a business the principal purpose of which is the collection of debts.

6. Defendant regularly collects or attempts to collect debts for other parties.

7. Defendant is a "debt collector" as defined in the FDCPA.

8. Defendant was acting as a debt collector with respect to the collection of Plaintiff's alleged debt.

## FACTUAL ALLEGATIONS

9. Defendant sought to collect from Plaintiff an alleged debt arising from transactions incurred for personal, family or household purposes.

10. Defendant left the following messages on Plaintiff's voice mail on or about the dates stated:

October 30, 2009
Pre-Recorded Message:  Connecting, please wait.
Human Caller:  This is a message for Sandra Fillichio, I need you to call me back as soon as possible.  This is Elizabeth, call me at 866-834-6218 extension 6039.  Thank you.

January 26, 2010
Hi, this message is intended for Ms. Sandra Fillichio, if this is not Sandra Fillichio, please hang up.  Ms. Fillichio, this is Regina Wallace, I'm calling from the Brachfeld Law Group,  I need for you to give me a call today

there's some information to go over with you that I think is going to help you. My number is 1-866-837-6262 extension 6067. I need to speak with you today in reference to this matter so give me a call back as soon as you get this message. Thank you.

March 23, 2010 – Pre-Recorded Message
…For Sandra Fillichio. If you are not Sandra Fillichio, this message is not intended for you. Do not listen to the rest of this message. If you continue to listen, you are acknowledging that you are Sandra Fillichio and that this message is for you. Sandra Fillichio, my name is Casey Fox, I am a non-attorney collector with the Brachfeld Law Group. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please return my call at 866-834-6218. Goodbye.

March 24, 2010 – Pre-Recorded Message
…Is for Sandra Fillichio. If you are not Sandra Fillichio, this message is not intended for you. Do not listen to the rest of this message. If you continue to listen, you are acknowledging that you are Sandra Fillichio and that this message is for you. Sandra Fillichio, my name is Casey Fox, I am a non-attorney collector with the Brachfeld Law Group. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please return my call at 866-834-6218. Goodbye.

March 25, 2010 – Pre-Recorded Message
…For Sandra Fillichio. If you are not Sandra Fillichio, this message is not intended for you. Do not listen to the rest of this message. If you continue to listen, you are acknowledging that you are Sandra Fillichio and that this message is for you. Sandra Fillichio, my name is Casey Fox, I am a non-attorney collector with the Brachfeld Law Group. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please return my call at 866-834-6218. Goodbye.

March 26, 2010 – Pre-Recorded Message
…Is for Sandra Fillichio. If you are not Sandra Fillichio, this message is not intended for you. Do not listen to the rest of this message. If you continue to listen, you are acknowledging that you are Sandra Fillichio and that this message is for you. Sandra Fillichio, my name is Casey Fox, I am a non-attorney collector with the Brachfeld Law Group. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please return my call at 866-834-6218. Goodbye.

March 27, 2010 – Pre-Recorded Message
…For Sandra Fillichio.  If you are not Sandra Fillichio, this message is not intended for you.  Do not listen to the rest of this message.  If you continue to listen, you are acknowledging that you are Sandra Fillichio and that this message is for you.  Sandra Fillichio, my name is Casey Fox, I am a non-attorney collector with the Brachfeld Law Group.  This is an attempt to collect a debt and any information obtained will be used for that purpose.  Please return my call at 866-834-6218.  Goodbye.

March 29, 2010 – Pre-Recorded Message
…For Sandra Fillichio.  If you are not Sandra Fillichio, this message is not intended for you.  Do not listen to the rest of this message.  If you continue to listen, you are acknowledging that you are Sandra Fillichio and that this message is for you.  Sandra Fillichio, my name is Casey Fox, I am a non-attorney collector with the Brachfeld Law Group.  This is an attempt to collect a debt and any information obtained will be used for that purpose.  Please return my call at 866-834-6218.  Goodbye.

March 30, 2010 – Pre-Recorded Message
…For Sandra Fillichio.  If you are not Sandra Fillichio, this message is not intended for you.  Do not listen to the rest of this message.  If you continue to listen, you are acknowledging that you are Sandra Fillichio and that this message is for you.  Sandra Fillichio, my name is Casey Fox, I am a non-attorney collector with the Brachfeld Law Group.  This is an attempt to collect a debt and any information obtained will be used for that purpose.  Please return my call at 866-834-6218.  Goodbye.

March 31, 2010 – Pre-Recorded Message
…Is for Sandra Fillichio.  If you are not Sandra Fillichio, this message is not intended for you.  Do not listen to the rest of this message.  If you continue to listen, you are acknowledging that you are Sandra Fillichio and that this message is for you.  Sandra Fillichio, my name is Casey Fox, I am a non-attorney collector with the Brachfeld Law Group.  This is an attempt to collect a debt and any information obtained will be used for that purpose.  Please return my call at 866-834-6218.  Goodbye.

April 1, 2010 – Pre-Recorded Message
…Is for Sandra Fillichio.  If you are not Sandra Fillichio, this message is not intended for you.  Do not listen to the rest of this message.  If you continue

to listen, you are acknowledging that you are Sandra Fillichio and that this message is for you.  Sandra Fillichio, my name is Casey Fox, I am a non-attorney collector with the Brachfeld Law Group.  This is an attempt to collect a debt and any information obtained will be used for that purpose.  Please return my call at 866-834-6218.  Goodbye.

April 2, 2010 – Pre-Recorded Message
…Is for Sandra Fillichio.  If you are not Sandra Fillichio, this message is not intended for you.  Do not listen to the rest of this message.  If you continue to listen, you are acknowledging that you are Sandra Fillichio and that this message is for you.  Sandra Fillichio, my name is Casey Fox, I am a non-attorney collector with the Brachfeld Law Group.  This is an attempt to collect a debt and any information obtained will be used for that purpose.  Please return my call at 866-834-6218.  Goodbye.

April 5, 2010 – Pre-Recorded Message
…Is for Sandra Fillichio.  If you are not Sandra Fillichio, this message is not intended for you.  Do not listen to the rest of this message.  If you continue to listen, you are acknowledging that you are Sandra Fillichio and that this message is for you.  Sandra Fillichio, my name is Casey Fox, I am a non-attorney collector with the Brachfeld Law Group.  This is an attempt to collect a debt and any information obtained will be used for that purpose.  Please return my call at 866-834-6218.  Goodbye.

April 8, 2010 – Pre-Recorded Message
…Is for Sandra Fillichio.  If you are not Sandra Fillichio, this message is not intended for you.  Do not listen to the rest of this message.  If you continue to listen, you are acknowledging that you are Sandra Fillichio and that this message is for you.  Sandra Fillichio, my name is Casey Fox, I am a non-attorney collector with the Brachfeld Law Group.  This is an attempt to collect a debt and any information obtained will be used for that purpose.  Please return my call at 866-834-6218.  Goodbye.

April 9, 2010 – Pre-Recorded Message
…Is for Sandra Fillichio.  If you are not Sandra Fillichio, this message is not intended for you.  Do not listen to the rest of this message.  If you continue to listen, you are acknowledging that you are Sandra Fillichio and that this message is for you.  Sandra Fillichio, my name is Casey Fox, I am a non-attorney collector with the Brachfeld Law Group.  This is an attempt to

collect a debt and any information obtained will be used for that purpose. Please return my call at 866-834-6218. Goodbye.

<u>April 10, 2010 – Pre-Recorded Message</u>
…Is for Sandra Fillichio. If you are not Sandra Fillichio, this message is not intended for you. Do not listen to the rest of this message. If you continue to listen, you are acknowledging that you are Sandra Fillichio and that this message is for you. Sandra Fillichio, my name is Casey Fox, I am a non-attorney collector with the Brachfeld Law Group. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please return my call at 866-834-6218. Goodbye.

11. Defendant left similar or identical messages on other occasions.

(Collectively, "the telephone messages").

12. The messages are "communications" as defined by 15 U.S.C. §1692a(2). See <u>Berg v. Merchs. Ass'n Collection Div</u>., Case No. 08-60660-Civ-Dimitrouleas/Rosenbaum, 2008 U.S. Dist. LEXIS 94023 (S.D. Fla. Oct. 31, 2008).

13. Defendant failed to inform Plaintiff in the messages that the communication was from a debt collector and failed to disclose the purpose of Defendant's messages and failed to disclose Defendant's name.

## COUNT I
## FAILURE TO DISCLOSE STATUS AS DEBT COLLECTOR

14. Plaintiff incorporates Paragraphs 1 through 13.

15. Defendant failed to disclose in the telephone messages that it is a debt collector in violation of 15 U.S.C. §1692e(11). See <u>Foti v. NCO Fin. Sys</u>., 424 F. Supp. 2d 643, 646 (D.N.Y. 2006) and <u>Belin v. Litton Loan Servicing</u>, 2006 U.S.

6

Dist. LEXIS 47953 (M. D. Fla. 2006) and <u>Leyse v. Corporate Collection Servs</u>., 2006 U.S. Dist. LEXIS 67719 (D.N.Y. 2006).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

    a.    Damages;

    b.    Attorney's fees, litigation expenses and costs of suit; and

    c.    Such other or further relief as the Court deems proper.

## COUNT II
## FAILURE TO MAKE MEANINGFUL DISCLOSURE OF IDENTITY

16.    Plaintiff incorporates Paragraphs 1 through 13.

17.    Defendant placed telephone calls to Plaintiff without making meaningful disclosure of its identity when it failed to disclose its name and the purpose of Defendant's communication in the telephone messages in violation of 15 U.S.C §1692d(6). See *Valencia v The Affiliated Group, Inc*., Case No. 07-61381-Civ-Marra/Johnson, 2008 U. S. Dist. LEXIS 73008, (S.D.Fla., September 23, 2008); <u>Wright v. Credit Bureau of Georgia, Inc.</u>, 548 F. Supp. 591, 593 (D. Ga. 1982); and <u>Hosseinzadeh v. M.R.S. Assocs.,</u> 387 F. Supp. 2d 1104 (D. Cal. 2005).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

    a.    Damages;

    b.    Attorney's fees, litigation expenses and costs of suit; and

      c.      Such other or further relief as the Court deems proper.

## COUNT III
## TELEPHONIC HARASSMENT AND ABUSE BY EXCESSIVE CALLING

18.      Plaintiff incorporates Paragraphs 1 through 13.

19.      Defendant caused Plaintiff's telephone to ring repeatedly or continuously with the intent to annoy, abuse or harass in violation of 15 U.S.C §1692d(5). See *Sanchez v. Client Servs*., 520 F. Supp. 2d 1149, 1160-1161 (N.D. Cal. 2007).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

      a.      Damages;

      b.      Attorney's fees, litigation expenses and costs of suit; and

      c.      Such other or further relief as the Court deems proper.

## COUNT IV
## ILLEGAL COLLECTION TECHNIQUES IN VIOLATION OF THE FLORIDA CONSUMER COLLECTION PRACTICES ACT

20.      Plaintiff incorporates Paragraphs 1 through 13.

21.      Defendant asserted the right to collect a debt by leaving repeated telephone messages for Plaintiff without disclosing its name and that it is a debt collector and the purpose of its communications when Defendant knew it did not have a legal right to use such collection techniques in violation of Fla. Stat. §559.72(9).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

    a.    Damages;

    b.    Attorney's fees, litigation expenses and costs of suit;

    c.    declaring that Defendant's practices violate the FCCPA;

    d.    permanently injoining Defendant from engaging in the complained of practices; and

    e.    Such other or further relief as the Court deems proper.

## COUNT V
## HARASSMENT IN VIOLATION OF THE FLORIDA CONSUMER COLLECTION PRACTICES ACT

22.    Plaintiff incorporates Paragraphs 1 through 13.

23.    By failing to disclose its name, that it is a debt collector and the purpose of its communication, and by telephoning Plaintiff with such frequency as can be reasonably be expected to harass, Defendant willfully engaged in conduct the natural consequence of which is to harass in violation of Fla. Stat. §559.72(7).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

    a.    Damages;

    b.    Attorney's fees, litigation expenses and costs of suit;

    c.    declaring that Defendant's practices violate the FCCPA;

      d.    permanently injoining Defendant from engaging in the complained of practices; and

      e.    Such other or further relief as the Court deems proper.

## JURY DEMAND

Plaintiff demands trial by jury.

> DONALD A. YARBROUGH, ESQ.
> Attorney for Plaintiff
> Post Office Box 11842
> Ft. Lauderdale, FL 33339
> Telephone: 954-537-2000
> Facsimile: 954-566-2235
> donyarbrough@mindspring.com
>
> By: s/ Donald A. Yarbrough
> Donald A. Yarbrough, Esq.
> Florida Bar No. 0158658